United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 14-13497-ref
Joseph George Polak, Jr.                                       Chapter 13
Doreen Marie Polak
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Keith          Page 1 of 1          Date Rcvd: Jan 04, 2017
                             Form ID: trc          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 06, 2017.
13566778          Federal National Mortgage Association,   creditor c/o Seterus, Inc.,   PO Box 1047,
                  Hartford, CT  06143-1047

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 06, 2017                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 3, 2017 at the address(es) listed below:
          FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,  ecf_frpa@trustee13.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Federal National Mortgage Association
           bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          THOMAS L. LIGHTNER    on behalf of Joint Debtor Doreen Marie Polak tlightner@lightnerlaw.com,
           sbennett@lightnerlaw.com
          THOMAS L. LIGHTNER    on behalf of Debtor Joseph George Polak, Jr. tlightner@lightnerlaw.com,
           sbennett@lightnerlaw.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                              TOTAL: 7

**2100 B (12/15)**

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 14-13497-ref
Chapter 13

In re: Debtor(s) (including Name and Address)

Joseph George Polak, Jr.
2497 Easton Road
Hellertown PA 18055

Doreen Marie Polak
2497 Easton Road
Hellertown PA 18055

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 01/03/2017.

### Name and Address of Alleged Transferor(s):

Claim No. 6: Federal National Mortgage Association, creditor c/o Seterus, Inc., PO Box 1047, Hartford, CT  06143-1047

### Name and Address of Transferee:

Fay Servicing, LLC
Bankruptcy Department
939 W. North Avenue Suite 680
Chicago, Illinois 60642

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   01/06/17

Tim McGrath
**CLERK OF THE COURT**