**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

**In RE:** JOSEPH GEORGE POLAK, JR    **Case No.** 14-13497
AND DOREEN MARIE POLAK

**NOTICE OF CREDITOR CHANGE OF ADDRESS**

The creditor in the above entitled case hereby requests that the mailing address, pertaining to both notices and payments, listed in the above stated case be changed;

FROM:                                                              TO:

Fay Servicing, LLC                                          Fay Servicing, LLC

939 W North Avenue,                                    440 S. LaSalle Street,

Suite 680                                                         Suite 2000

Chicago, IL 60642                                           Chicago, IL 60605


Dated: 5/9/2017                                              /s/ Ashley Boswell

                                                                       Creditor's Authorized Agent for Fay Servicing LLC