IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | Joseph George Polak, Jr. | : CHAPTER 13 |
| | Doreen Marie Polak | : |
| | | : |
| | Debtors | : Bky. No. 14-13497-ref |

**O R D E R**

NOW, upon consideration of Debtors' Motion for Dismissal of Chapter 13 Case,

it is hereby

ORDERED, that the above Chapter 13 case is dismissed without prejudice.

BY THE COURT:

**Date: May 12, 2017**

_____
J.

Copies to:

Frederick L. Reigle, Esquire
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA 19606-0410

Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA  19107

Thomas L. Lightner, Esquire
Lightner Law Offices, P.C.
4652 Hamilton Blvd.
Allentown, PA 18103

Mr. Joseph G. Polak, Jr.
Mrs. Doreen M. Polak
2497 Easton Rd.
Hellertown, PA 18055-3219