```
                               United States Bankruptcy Court
                               Eastern District of Pennsylvania
In re:                                                                  Case No. 14-13497-ref
Joseph George Polak, Jr.                                                Chapter 13
Doreen Marie Polak
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-4          User: Keith                 Page 1 of 2                  Date Rcvd: May 12, 2017
                              Form ID: pdf900             Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 14, 2017.
db/jdb         +Joseph George Polak, Jr.,    Doreen Marie Polak,    2497 Easton Road,    Hellertown, PA 18055-3219
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
cr             +Fay Servicing, LLC,    440 S. LaSalle Street, Suite 2000,    Chicago, IL 60605-5011
cr             +Fay Servicing, LLC,    Bankruptcy Department,    939 W. North Avenue Suite 680,
                 Chicago, IL 60642-1231
cr             +Federal National Mortgage Association,    c/o Rosicki, Rosicki & Associates, P.C.,
                 51 E. Bethpage Road,    Plainview, NY 11803-4224
cr             +Federal National Mortgage Association ("Fannie Mae,    c/o Rosicki, Rosicki, & Associates, P.C.,
                 51 E. Bethpage Rd,    Plainview, NY 11803-4224
13298564       +BANK OF AMERICA,    FIA CARD SERVICES,    P.O. BOX 15630, DEPT. 27,    WILMINGTON, DE 19850-5630
13298567       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: FIA CARD SERVICES,    P.O. BOX 982236,    EL PASO, TX  79998)
13298565       +BANK OF AMERICA, N.A.,    SUCCESSOR TO BAC HOME LOANS SERVICING, L,
                 7105 CORPORATE DRIVE, PTX B-209,    PLANO, TX 75024-4100
13348438       +Bank of America, N.A.,    c/o Joshua I. Goldman, Esq,    701 Market St, Ste 5000,
                 Philadelphia, PA 19106-1541
13398631       +Bank of America, N.A.,    c/o KML Law Group, P.C.,    701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541
13327563       +Convergent Commercial, Inc.,    925 Westchester Avenue, Suite 101,    White Plains, NY 10604-3562
13845464       +Fay Servicing, LLC,    440 S. LaSalle Street, Ste 2000,    Chicago, Illinois 60605-5011
13566778        Federal National Mortgage Association,    creditor c/o Seterus, Inc.,    PO Box 1047,
                 Hartford, CT  06143-1047
13298568       +JILL P. JENKINS, ESQUIRE,    KML LAW GROUP, P.C.,    701 MARKET ST., SUITE 50000,
                 PHILADELPHIA, PA 19106-1538
13298569       #+KNBT,    P.O. BOX 547,    BOYERTOWN, PA 19512-0547
13407160       +KNBT a Division of National Penn Bank,    645 Hamilton Street, Suite 700,
                 Allentown, PA 18101-2196
13298570       +NATIONAL PENN BANK,    P.O. BOX 387,    BOYERTOWN, PA 19512-0387
13298571       +NORTH STAR,    4285 GENESEE STREET,    CHEEKTOWAGA, NY 14225-1943
13298572       +NORTHSTAR,    4285 GENESEE STREET,    CHEEKTOWAGO, NY 14225-1943
13298574       +TENANTS OF,    443 PAWNEE STREET,    BETHLEHEM, PA 18015-1425
13511353       +Thomas L. Lightner, Esq.,    Lightner Law Offices, P.C.,    4652 Hamilton Blvd.,
                 Allentown, PA 18103-6021

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             +E-mail/Text: robertsl2@dnb.com May 13 2017 01:03:28    Dun & Bradstreet, INC,
                 3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 13 2017 01:03:37     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13298566        E-mail/Text: mrdiscen@discover.com May 13 2017 01:02:21    DISCOVER BANK,
                 DB SERVICING CORPORATION,    P.O. BOX 3025,    NEW ALBANY, OH  43054-3025
13298573        E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 13 2017 01:02:52
                 PENNSYLVANIA DEPARTMENT OF REVENUE,    ATTN: BANKRUPTCY DIVISION,    P.O. BOX 280946,
                 HARRISBURG, PA  17128-0946
13326453        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 13 2017 07:25:54
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13309761        E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 13 2017 01:02:53
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
                 Harrisburg, PA 17128-0946
13298575       +E-mail/Text: edinkel@vikingservice.com May 13 2017 01:04:36    VCS,    7500 OFFICE RIDGE CIRCLE,
                 EDEN PRAIRIE, MN 55344-3782
                                                                                              TOTAL: 7

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              PROF-2013-M4 Legal Title Trust II, by U.S. Bank Na
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
                                                                                   TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0313-4          User: Keith                Page 2 of 2                  Date Rcvd: May 12, 2017
                              Form ID: pdf900            Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 14, 2017                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 12, 2017 at the address(es) listed below:
```
            FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,  ecf_frpa@trustee13.com
            JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Federal National Mortgage Association
             bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
            JOSHUA ISAAC GOLDMAN    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
             bkgroup@kmllawgroup.com
            LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
             ecf_frpa@trustee13.com
            THOMAS L. LIGHTNER    on behalf of Joint Debtor Doreen Marie Polak tlightner@lightnerlaw.com,
             sbennett@lightnerlaw.com
            THOMAS L. LIGHTNER    on behalf of Debtor Joseph George Polak, Jr. tlightner@lightnerlaw.com,
             sbennett@lightnerlaw.com
            United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                           TOTAL: 7
```

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Joseph George Polak, Jr. | : CHAPTER 13 |
| Doreen Marie Polak | : |
| | : |
| Debtors | : Bky. No. 14-13497-ref |

**O R D E R**

NOW, upon consideration of Debtors' Motion for Dismissal of Chapter 13 Case,

it is hereby

ORDERED, that the above Chapter 13 case is dismissed without prejudice.

BY THE COURT:

**Date: May 12, 2017**

_____
J.

Copies to:

Frederick L. Reigle, Esquire
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA 19606-0410

Thomas L. Lightner, Esquire
Lightner Law Offices, P.C.
4652 Hamilton Blvd.
Allentown, PA 18103

Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA  19107

Mr. Joseph G. Polak, Jr.
Mrs. Doreen M. Polak
2497 Easton Rd.
Hellertown, PA 18055-3219